ASSOCIATES DISCOUNT CORPORATION, Respondent, v STUART E. J. FULTON, Appellant.—Judgment, Supreme Court, New York County, entered August 7, 1978, granting plaintiff's motion for summary judgment is unanimously reversed, on the law, with $75 costs and disbursements of this appeal to appellant, and the motion is denied. Plaintiff, holder of a lien on a tractor trailer owned by Edward Rice, sues on an insurance contract. Rice was a leased operator for Navajo Freight Lines who could get insurance for its leased operators at a lower premium than the individual himself. Plaintiff was the named loss payee and lienholder under such a policy issued by underwriters at Lloyd's, represented by defendant. Rice was insured from December 13, 1976, to March 1, 1977, and was issued a renewal certificate for the period March 1, 1977, to March 1, 1978. Mr. Rice's tractor trailer was stolen on March 30, 1977. Defendant claims that the policy was canceled on March 21, 1977, by Mr. Rice. Special Term, in granting plaintiff's motion, decided that defendant had not laid bare his proof in evidentiary form: But, in searching the record we find a document dated March 21, 1977, unexplained by Mr. Rice, that establishes a prima facie defense of cancellation by the insured and therefore triable issues. If Mr. Rice, indeed, canceled coverage by the defendant, no notice to plaintiff as lienor was required. Only if Lloyd's underwriters canceled would 10 days' notice have been required. Concur—Kupferman, J. P., Birns, Evans, Markewich and Lupiano, JJ.

In the Matter of PHILIP FITZPATRICK, Petitioner, v MICHAEL DONTZIN et al., Respondents.—Application pursuant to CPLR article 78 in the nature of a writ of prohibition, unanimously denied and the petition dismissed, without costs and without disbursements, on the ground that the issues raised in the application may be reviewed on any appeal from the judgment of conviction. No opinion. Concur—Kupferman, J. P., Evans, Sandler, Lane and Markewich, JJ.

In the Matter of QUOTRON SYSTEMS v IVAN B. IRIZARRY et al.— Motion granted and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur—Kupferman, J. P., Lane, Markewich and Silverman, JJ.

CHRISTIE'S (INTERNATIONAL) S. A., Respondent, v ADRIAN GUGLIARDA, Appellant.—Motion for resettlement of the order of this court entered on November 16, 1978 [65 AD2d 714] granted so as to add the following sentence to the decretal paragraph thereof: "The judgment entered thereon on June 13, 1978 in Supreme Court, New York County, is vacated." Resettled order signed and filed. Concur—Birns, J. P., Evans, Fein, Lane and Silverman, JJ.